**IT IS ORDERED as set forth below:**



**Date: September 12, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-68840-JRS |
| | ) | |
| Scottie Lamar Cousins, | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| IH6 Property Georgia, LP, | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scottie Lamar Cousins, Debtor, | ) | |
| Nancy J. Whaley, Trustee, | ) | |
| Respondents. | ) | |

**ORDER DENYING MOTION TO LIFT STAYFOR DEBTOR'S NON-
COMPLIANCE WITH STRICT COMPLIANCE ORDER**

1

The above-styled matter came before the Court on June 4, 2019 at 10:45 a.m. pursuant to Movant's Motion to Lift Stay [Doc. 42] filed on May 7, 2019. Debtor filed a Response to Movant's Motion on May 9, 2019 [Doc. 43]. After hearing argument from counsel for Movant and Debtor,

**IT IS HEREBY ORDERED** that the Motion to Lift Stay with respect to the Property is denied, as Debtor has become current with the arrears stated in Movant's Motion.

**IT IS FURTHER ORDERED** that Debtor shall resume strict compliance of the Lease as stated in this Court's Order entered on March 28, 2019 [Doc. 33].

**[END OF DOCUMENT]**

| Prepared By: | Seen and No Opposition by: |
|---|---|
| /s/    Brandi N. Wade<br>Brandi Nicole Wade<br>Georgia Bar No. 868917<br>O'Kelley & Sorohan,<br>Attorneys at Law, LLC<br>2170 Satellite Blvd., Suite 375<br>Duluth, Georgia 30097<br>*Attorney for Movant* | /s/ Maria C. Joyner *with express permission*<br>Maria C. Joyner<br>Georgia Bar No. 118350<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, SunTrust Garden Plaza<br>Atlanta, GA 30303<br>*Attorney for Trustee* |

2

Distribution List:

Scottie Lamar Cousins
P.O. Box 2236
Jonesboro, GA 30237-2336
*Debtor*

Robert Scott Rickman
Rickman & Associates, PC
Suite 2200
1755 North Brown Road
Lawrenceville, GA 30043
*Attorney for Debtor*

Daniel R. Saeger
Rickman & Associates, PC
706 S. Thornton Ave., Ste. D
Dalton, GA 30720
*Attorney for Debtor*

Brandi Nicole Wade
O'Kelley & Sorohan,
Attorneys at Law, LLC
2170 Satellite Blvd., Suite 375
Duluth, Georgia  30097
*Attorney for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303
*Trustee*