# O'KELLEY & SOROHAN
### ATTORNEYS AT LAW, LLC

JOE F. O'KELLEY, JR.                                                                                                        DIEDRA L. SOROHAN

2170 SATELLITE BLVD.
SUITE 375
DULUTH, GEORGIA 30097
DIRECT: (678) 812-3676
FAX: (678) 578-0280
EMAIL: bwade@oslawllc.com

November 21, 2019

**VIA CERTIFIED MAIL**　　　　　　　　　　**CERTIFIED MAIL ARTICLE NO.**
**RETURN RECEIPT REQUESTED**　　　　9414 8118 9956 1300 3315 41
**AND FIRST CLASS MAIL U.S.P.S.**
Scottie Lamar Cousins
P.O. Box 2236
Jonesboro, GA 30237-2236

　　　　　Re:　**Bankruptcy Case 18-68840-JRS; Notice of Default Pursuant to Order Denying Motion for Relief From Stay With Strict Compliance.**

Mr. Cousins:

　　　　As you are aware, this firm is counsel for creditor IH6 Property Georgia, LP ("IH") in the above-referenced bankruptcy case. As you know, IH is the Landlord pursuant to a Residential Lease Agreement dated March 17, 2018 wherein you are the tenant and the monthly rental amount is set at $1,271.00 per month ("Lease"). Failure to timely remit payment of the rent results in a ten percent late fee being charged if the monthly payment due is not paid by 5:00 p.m. on the 3rd day of the month. IH sought relief from the automatic stay in your bankruptcy case due to your default under the terms of the Lease.

　　　　The Court entered an Order Denying Motion for Relief From Stay With Strict Compliance ("Order") on IH's Motion for Relief from Stay on March 28, 2019 wherein you were required to strictly comply with the provisions of the Lease concerning prompt payment of the rent due thereunder. You have failed to comply with the Order and are in default by being delinquent in said rental payments contemplated under the Order.

　　　　You have failed to tender the full payment due for November 2019 as required by the Court's Order. The outstanding balance due pursuant to the terms of the Lease, as of the date of this correspondence, November 21, 2019 is as follows:

| **Monthly Payment to Cure Outstanding Default:** | |
|---|---|
| November 2019 Rent | $1,271.00 |
| November 2019 Late Fee | $127.10 |
| November 2019 Utilities | $194.27 |
| **TOTAL:** | **$1,592.37** |

　　　　You have five (5) days from the receipt of this letter to cure your default pursuant to the terms of the Court's Order. Payment must be made in certified funds to the following address:

Scottie Lamar Cousins
18-68840-JRS
Default Notice
Page 2
November 21, 2019

      IH6 Property Georgia, LP
      Attn: Erin Brown Norman
      8601 Dunwoody Place
      Suite 520
      Sandy Springs, GA 30350

Sincerely,

Brandi N. Wade
Attorney at Law


cc:
Daniel R. Saeger
Rickman & Associates, PC
706 S. Thornton Ave., Ste. D
Dalton, GA 30720

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**