# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-68840-jrs |
| Scottie Lamar Cousins, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Scottie Lamar Cousins has filed a Motion to Incur Debt (Doc. seeking an Order to Approve the Motion.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in **Courtroom 1404**, U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at **9:40 a.m.** on **April 13, 2021**.

Your rights may be affected by the court's ruling on these pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is The address of the Clerk's Office is Clerk, Room 1340, 75 Ted Turner Drive, S. W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 30, 2021

/s/_____
Dan Saeger, Attorney for Debtor
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S. Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
(F) 706-529-3775
dan@whitfieldcountylaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-68840-jrs |
| Scottie Lamar Cousins, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**MOTION TO INCUR NEW DEBT BY PURCHASING A HOUSE**

**COMES NOW** Scottie Lamar Cousins, Debtor in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Incur Debt", and shows this honorable court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(N).

4.

Debtor filed the petition for relief in the above-styled Chapter 13 case on November 6, 2018.  The Chapter 13 plan was confirmed on July 16, 2019.

5.

The anticipated purchase price of the home is $299,000 with a monthly payment of $2200 and a term of 360 months and an interest rate of approximately 4.75%.

6.

The exact location of the property is unknown but is anticipated to be in the Northern Suburbs of Atlanta.

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Motion be granted; and,

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

This the 30th day of March, 2021.

Respectfully submitted,
_/s/_____

Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S. Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
(F) 706-529-3775
dan@whitfieldcountylaw.com

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the Debtors' Amended Motion to Incur Debt have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing the same in the United States Mail addressed for delivery to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Scottie Lamar Cousins
PO Box 2236
Jonesboro, GA 30237

And all creditors listed in the matrix below

This the 30th day of March, 2021.

_/s/_____

Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S. Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
(F) 706-529-3775
dan@whitfieldcountylaw.com

```
Label Matrix for local noticing          ADT                                      AFB T A Division of Synovus
113E-1                                   1 Town Center Rd                         150 W Hancock Ave
Case 18-68840-jrs                        Boca Raton, FL  33486-1039               Athens, GA  30601-2726
Northern District of Georgia
Atlanta
Tue Feb 18 20:33:40 EST 2020

ASHER Collection Svcs.                   Atlas Acquisitions LLC                   Atlas Acquisitions, LLC
4524 Southlake Pkwy # 15                 294 Union St.                            Attn: Avi Schild
Hoover, AL  35244-3271                   Hackensack, NJ 07601-4303                294 Union Street
                                                                                  Hackensack, NJ 07601-4303


CASH EXPRESS LLC                         CASH EXPRESS LLC                         Capital Asset Recovery, LLC
Mayfield & Lester, Attys                 c/o Mayfield & Lester, Attys             PO Box 192585
PO Box 789                               PO Box 789                               Dallas, TX  75219-8523
Chattanooga, TN 37401-0789               Chattanooga, TN 37401-0789


Capital One Auto Finance                 Capital One Auto Finance, a division of Capi   Capital One Bank
4515 N Santa Fe Ave. Dept. APS           4515 N Santa Fe Ave. Dept. APS           PO Box 30281
Oklahoma City, OK 73118-7901             Oklahoma City, OK 73118-7901             Salt Lake City, UT  84130-0281


Capital One, N.A.                        (p)CASH EXPRESS   LLC                    Check into Cash
c/o Becket and Lee LLP                   345 SOUTH JEFFERSON AVENUE SUITE 300     1133 N Glenwood Ave
PO Box 3001                              COOKEVILLE TN 38501-3456                 Dalton, GA  30721-2623
Malvern PA 19355-0701


Cintas                                   Cisco                                    Coca Cola
505 Airport Rd                           2225 Riverdale Rd                        2111 W Shepherd Rd
Chattanooga, TN  37421-3514              College Park, GA  30337-5111             Chattanooga, TN  37421-2315


Scottie Lamar Cousins                    Credit One Bank                          DSRM National Bank
PO Box 2236                              PO Box 98872                             PO Box 631
Jonesboro, GA 30237-2236                 Las Vegas, NV  89193-8872                Amarillo, TX  79105-0631


Dalton Food and Tobacco                  Division of Child Support Services       Division of Child Support Services
601 N Glenwood Ave                       2910 Miller Road                         Attn: Bankruptcy Dept.
Dalton, GA  30721-2816                   Suite 100                                102 College St
                                         Decatur, GA 30035-4264                   Carrollton, GA  30117-3137


Employee Solutions                       Family Check Cashing                     Joseph P Farrell
1011 Abutment Rd                         1317 Decatur Pike                        O'Kelley & Sorohan, Attorneys at Law LLC
Dalton, GA  30721-4680                   Athens, TN  37303-2417                   Suite 375
                                                                                  2170 Satellite Blvd.
                                                                                  Duluth, GA 30097-4983


Fedloan Servicing                        First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE
PO Box 60610                             3820 N Louise Ave                        COMPLIANCE DIVISION
Harrisburg, PA  17106-0610               Sioux Falls, SD  57107-0145              ARCS BANKRUPTCY
                                                                                  1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202
```

```
Georgia Power                      Georgia Power Company              Ginnys
96 Annex                           2500 Patrick Henry Pkwy            PO Box 2825
Atlanta, GA 30396-0001             BIN 80003                          Monroe, WI 53566-8025
                                   McDonough, GA 30253-4298


Gordon Food Service                Harbor Touch                       IH6 Property Georgia , LP
1500 N River Rd                    2202 N Irvine St.                  2170 Satellite Blvd., Ste 375
Lithia Springs, GA  30122-3896     Allentown, PA 18109-9554           Duluth, GA 30097-4983


(p)INTERNAL REVENUE SERVICE        Invitation Homes                   Maria C. Joyner
CENTRALIZED INSOLVENCY OPERATIONS  1717 Main St Ste 2000              Nancy J. Whaley,
PO BOX 7346                        Dallas, TX  75201-4657             Standing Chapter 13 Trustee
PHILADELPHIA PA 19101-7346                                            Suite 120
                                                                      303 Peachtree Center Avenue
                                                                      Atlanta, GA 30303-1286


Kohl's Dept Store                  LVNV Funding, LLC its successors and assigns   Ladonya M. Horton
PO Box 3115                        assignee of FNBM, LLC              2910 Miller Road
Milwaukee, WI  53201-3115          Resurgent Capital Services         Suite 100
                                   PO Box 10587                       Decatur, GA 30035-4264
                                   Greenville, SC 29603-0587


Gary E. Lester                     MERRICK BANK                       Macys DSNB
Mayfield & Lester                  Resurgent Capital Services         PO Box 8218
P. O. Box 789                      PO Box 10368                       Mason, OH  45040-8218
Chattanooga, TN 37401-0789         Greenville, SC 29603-0368


Market Grocery                     Merrick Bank                       Mid America Bank & Trust
PO Box 397                         PO Box 9201                        5109 S Broadband Ln
Forest Park, GA  30298-0397        Old Bethpage, NY  11804-9001       Sioux Falls, SD  57108-2208


NAVIENT                            NAVIENT CFC                        NAVIENT PC TRUST
C/O Navient Solutions, LLC.        C/O Navient Solutions, LLC.        C/O Navient Solutions, LLC.
PO BOX 9640                        PO BOX 9640                        PO BOX 9640
Wilkes-Barre, PA 18773-9640        Wilkes-Barre, PA 18773-9640        Wilkes-Barre, PA 18773-9640


NPRTO Georgia, LLC                 Navient                            Payline
256 West Data Drive                PO Box 9655                        225 W Wacker Dr
Draper, UT 84020-2315              Wilkes Barre, PA  18773-9655       Chicago, IL 60606-1260


Performance Food Group             (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Premier Bankcard, Llc
Simpson, Uchitel & Wilson, LLP     PO BOX 41067                       Jefferson Capital Systems LLC Assignee
PO Box 550105                      NORFOLK VA 23541-1067              Po Box 7999
Atlanta, GA 30355-2605                                                Saint Cloud Mn 56302-7999


Progressive Leasing                Royal Wholesale Foods              Dan Saeger
256 W Data Dr                      4450 Business Park Ct SW           Saeger & Associates, LLC
Draper, UT  84020-2315             Lilburn, GA  30047-2974            Suite D
                                                                      706 S Thornton Ave
                                                                      Dalton, GA 30720-8212
```

| | | |
|---|---|---|
| Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 | Scottie Lamar Cousins<br>801 East 12th Street<br>Chattanooga, TN 37403-3208 | Shandra North<br>634 N Aycock St<br>Carrollton, GA 30117-2930 |
| Southerland's Food Service<br>PO Box 786<br>Forest Park, GA 30298-0786 | State Court of DeKalb County<br>556 N McDonough St<br>Decatur, GA 30030-3355 | Sysco Atlanta, LLC<br>2225 Riverdale Rd.<br>College Park, GA 30337-5121 |
| THS Food Service<br>801 E 12th St<br>Chattanooga, TN 37403-3208 | THS Food Service Distributor<br>801 E. 12th Street<br>Chattanooga, TN 37403-3208 | THS Foodservice<br>801 East 12th Street<br>Chattanooga, TN 37403-3208 |
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg PA 17106-9184 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | University of West Georgia<br>1601 Maple St<br>Carrollton, GA 30118-0001 |
| Vader Servicing<br>5 W 37th St Fl 2<br>New York, NY 10018-5385 | Vader Servicing, LLC<br>Everest Business Funding<br>8200 N.W. 52nd Terrace, Suite 200<br>Doral, FL 33166-7852 | Varius Holdings, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Brandi Nicole Wade<br>O'Kelley & Sorohan Attorneys at Law LLC<br>Suite 375<br>2170 Satellite Blvd,<br>Duluth, GA 30097-4983 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Whitfield County Magistrate Court<br>Attention: Civil Clerk<br>PO Box 368<br>Dalton, GA 30722-0368 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cash Express, LLC<br>345 South Jefferson Avenue, Suite 300<br>Cookeville, TN 38501 | Georgia Department of Revenue<br>1800 Century Blvd NE<br>Atlanta, GA 30345-3202 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harbor Touch2202 N Irvine St.Allentown, PA

(u)IH6 Property Georgia, LP

(u)Scottie Cousins 18-68840

(d)Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

End of Label Matrix
Mailable recipients    77
Bypassed recipients     4
Total                  81