UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 13** |
| **Scottie Lamar Cousins,** | ) | |
| | ) | **18-68840-JRS** |
| Debtor. | ) | |

## REQUEST FOR CHANGE OF ADDRESS

**CASE NAME:**   Scottie Lamar Cousins

**CASE NO.:**   18-68840-JRS

**JUDGE:**   Sacca

**CHAPTER:**   13

## CHANGE FOR

**Debtor XXXX**          **Creditor**          **Attorney**

**EFFECTIVE DATE OF CHANGE:**   April 14, 2021

**NAME:**   Scottie Lamar Cousins

**NEW MAILING ADDRESS**:   124 Caverns Place NE
Calhoun, GA 30701

**OLD ADDRESS:**   PO Box 2236
Jonesboro, GA 3237

**THIS CHANGE WAS FURNISHED BY:**   Dan Saeger
Ga. Bar No. 680628
Attorney for Debtor

for the firm of:
Saeger & Associates, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
**DATE:**   April 14, 2021