**IT IS ORDERED as set forth below:**



Date: May 5, 2021

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-68840-jrs |
| Scottie Lamar Cousins, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**ORDER ON MOTION TO INCUR NEW DEBT BY PURCHASING HOUSE**

On March 30, 2021, Debtor filed a "Motion to Incur Debt", seeking to purchase real property by obtaining a loan (Doc No. 82) (hereinafter "The Motion"). The real property to be purchased is located in the Northern Suburbs of Atlanta. The Debtor sought permission to incur debt for this purchase under the following terms: Purchase Price of up to $299,000; interest rate of approximately 4.75%, monthly payment with tax and insurance escrow of up to $2,200.00, and a 360-month loan term.

The Debtor is incurring this debt instead of the original requested purchase reflected in the previous Motion to Incur Debt and Order (Doc. No. 69 and 76). That

purchase was not completed.  This Motion was set for hearing and held on April 27, 2021.  At the hearing, no opposition was announced.  Accordingly, based on the agreement of the parties and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED** such that Debtor may incur debt to purchase real estate under the proposed terms.  It is further

**ORDERED** that Debtor will provide a copy of the closing documents to the Chapter 13 Trustee within 30 days of the purchase.

### [END OF DOCUMENT]

Prepared and presented by:

/s/_____

Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S. Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
(F) 706-529-3775
dan@whitfieldcountylaw.com

No Opposition:

/s/_____ by express permission
Maria C. Joyner
Georgia Bar No. 118350
Counsel for Standing Chapter 13 Trustee
Office of Nancy J. Whaley
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

## DISTRIBUTION LIST

Debtor:
Scottie Cousins
PO Box 2236
Jonesboro, GA 30237

Chapter 13 Trustee:
Nancy J. Whaley
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

And all parties listed in the mailing matrix.