**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **SCOTTIE LAMAR COUSINS** | : | **CASE NUMBER A18-68840-JRS** |
| **DEBTOR** | : | |
| | : | |
| **NANCY J. WHALEY, TRUSTEE** | : | |
| **MOVANT** | : | |
| **VS.** | : | |
| | : | |
| **SCOTTIE LAMAR COUSINS** | : | **CONTESTED MATTER** |
| **RESPONDENT** | : | |

**NOTICE OF RESET HEARING ON TRUSTEE'S MOTION TO DISMISS CASE**

*NANCY J. WHALEY* filed a Motion to Dismiss Case on November 6, 2023. A reset hearing on the pleading has been scheduled for **January 4, 2024.** The Court will hold a reset hearing on the Trustee's Motion to Dismiss Case at ***10:00 a.m. on January 4, 2024 in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303***, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the

Clerk's Office is **Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

THIS THE 8th day of November, 2023.

Respectfully submitted,

/s/_____
Lisa B. Burnette
Attorney for Chapter 13 Trustee
GA Bar Number 09612
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
lburnette@njwtrustee.com

/db

# CERTIFICATE OF SERVICE

Case No: A18-68840-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Reset Notice of Hearing on Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

SCOTTIE LAMAR COUSINS
124 CAVERNS PLACE NE
CALHOUN, GA  30701

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Reset Notice of Hearing on Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

RICKMAN & ASSOCIATES, PC

This the 8th day of November, 2023.

/s/_____
Lisa B. Burnette
Attorney for the Chapter 13 Trustee
State Bar No. 096192
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201