**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SCOTTIE LAMAR COUSINS | ) | CASE NO. A18-68840-JRS |
| | ) | |
| DEBTOR | ) | |

**NOTICE OF DOMESTIC SUPPORT OBLIGATION**

COMES NOW Nancy J. Whaley, Chapter 13 Trustee in the above-referenced case, and files this "Notice of Domestic Support Obligation" respectfully showing the Court the following:

Debtor filed this case on November 6, 2018. Debtor filed a certificate pursuant to 11 U.S.C. §1328 on February 6, 2024, and checked the box indicating that during the pendency of this bankruptcy case, the Debtor was not required to pay a domestic support obligation. However, pursuant to Debtor's Schedules, Plan, and/or Proof of Claim filed by the holder of a domestic support obligation, it appears that the Debtor does have a domestic support obligation.

Dated: February 7, 2024

Respectfully submitted,

/s/_____
Nancy J. Whaley, Esq.
Chapter 13 Trustee
GA Bar No. 377941
Suite 120, Truist Plaza Garden
303 Peachtree Center Avenue
Atlanta, GA  30303
678-992-1201
nwhaley@njwtrustee.com

/mp